**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN DAVID, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, VOLKSWAGEN AG, a foreign corporation,<br><br>    Defendants. | Civil Action No: 17-11301-SDW-CLW<br><br>**ORDER**<br><br><br>April 26, 2018 |

**WIGENTON**, District Judge.

  This matter, having come before this Court on Defendant Volkswagen Group of America, Inc.'s ("VolkswagenGOA" or "Defendant") Motion to Dismiss Plaintiff Jonathan David's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated April 26, 2018,

  **IT IS** on this 26th day of April, 2018

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**

                 ___/s/ Susan D. Wigenton_____
                 **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
     Cathy L. Waldor, U.S.M.J.
     Parties